IN THE SUPREME COURT OF THE STATE OF DELWARE

| | |
|---|---|
| MARY HARRIS,<br><br>      Respondent Below,<br>      Appellant,<br><br>v.<br><br>DEPARTMENT OF SERVICES<br>FOR CHILDREN, YOUTH AND<br>THEIR FAMILIES,<br><br>      Petitioner Below,<br>      Appellee. | § <br>§ No. 288, 2016<br>§<br>§ Court Below—Family Court<br>§ of the State of Delaware<br>§<br>§ File Nos. CN15-02795 & CN15-02750<br>§<br>§ Petition Nos. 15-12389, 15-12104<br>§ and 16-02304<br>§<br>§<br>§ |

Submitted: December 14, 2016
Decided: December 16, 2016

Before **STRINE**, Chief Justice, **HOLLAND**, and **VALIHURA**, Justices.

## O R D E R

This 16th day of December, 2016, the Court has concluded that the final judgment of the Family Court should be affirmed for the reasons stated in its May 13, 2016 opinion.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Family Court is AFFIRMED.

BY THE COURT:

_____
Justice